# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Justin Clayburn,

    Petitioner,

v.

Jason Gunther,

    Respondent.

No. CV-25-00967-PHX-MTL

**ORDER**

Before the Court is Petitioner Justin Clayburn's Petition (Doc. 1) and United States Magistrate Judge Michael T. Morrissey's Report and Recommendation ("R&R") (Doc. 15).  The R&R recommends that the Court deny and dismiss the amended petition without prejudice for failure to exhaust administrative remedies. On an alternative basis, the R&R recommends dismissal of the Petition on the merits.

The Magistrate Judge advised the parties that they had fourteen days to file objections to the R&R and that failure to file timely objections could be considered a waiver of the right to obtain review of the R&R.  *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).  Neither party filed objections, which relieves the Court of its obligation to review the R&R.  *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b)(3) ("The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to.").

The Court has nonetheless reviewed the R&R and finds that it is well-taken. Petitioner has failed to exhaust his administrative remedies, and he fails to satisfy his burden that doing so would be futile. As for the merits, the Court agrees with the R&R that the plain language of 18 U.S.C. § 3632(d)(4)(A) forecloses Petitioner's argument because the triggering date for earned time credits is successful participation in "evidence-based recidivism reduction programming or productive activities." (Doc. 15 at 4 (quoting 18 U.S.C. § 3632(d)(4)(A).)

The Court will accept the R&R in its entirety. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b)(3) ("The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions.").

**IT IS ORDERED** that the R&R (Doc. 15) is **ACCEPTED**.

**IT IS FURTHER ORDERED** Petitioner's petition (Doc. 1) is **DENIED** and **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** directing the Clerk of the Court to enter judgment accordingly and terminate this case.

Dated this 14th day of April, 2026.

Michael T. Liburdi
United States District Judge

- 2 -